IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:08-CR-82-BR-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY JERARD JOYE, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's pro se filing of papers (D.E. 36) in the above-captioned matter. Defendant's filings are deficient because they are not on the forms prescribed for use in this court. Accordingly, defendant is DIRECTED to re-file the documents using the proper forms specified below within twenty one (21) days from the filing of this order. Failure to do so may result in the denial of defendant's request for relief without prejudice for failure to prosecute. The Clerk of Court is DIRECTED to send the following forms to defendant:

-Application to Proceed in District Court without Prepaying Fees or Costs

-Motion To Vacate/Set Aside Sentence (Motion Under 28 U.S.C. § 2255)

SO ORDERED, this, the 11th day of July 2013.

James E. Gates
United States Magistrate Judge